| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| MIDDLEBROOKS SHAPIRO, P.C.<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>(973) 218-6877<br>middlebrooks@middlebrooksshapiro.com<br>Melinda D. Middlebrooks, Esq.<br>Attorneys for Chapter 13 Debtors | Order Filed on August 26, 2016<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ANDRE G. WIGGINS and SHEILA S. BELL-WIGGINS,<br><br>Chapter 13 Debtors | Case No.: 12-26993 (JKS)<br><br>Chapter: 13<br><br>Judge: John K. Sherwood |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 26, 2016**

/s/ John K. Sherwood

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro, P.C._____, the applicant, is allowed a fee of $ _____1,980.00_____ for services rendered and expenses in the amount of $_____0.71_____ for a total of $_____1,980.71_____ . The allowance shall be payable:

- ❏ through the Chapter 13 plan as an administrative priority.
- ☑ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____------_____ per month for _____------_____ months to allow for payment of the aforesaid fee.

No modification to the Debtors' Chapter 13 Plan is necessary.  Debtors retained firm and paid a $3,500.00 initial retainer and expenses of $281.00.  Firm seeks payment of supplemental fees and expenses in the total amount of $1,980.71, consisting of $1,980.00 in supplemental fees and reimbursement of expenses in the sum of $0.71 to be paid outside the Chapter 13 Plan.  This Order survives the dismissal or conversion of the Debtors' Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtors' Chapter 13 case.

*Revised 10/3/02*