| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| MIDDLEBROOKS SHAPIRO, P.C.<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>(973) 218-6877<br>middlebrooks@middlebrooksshapiro.com<br>Melinda D. Middlebrooks, Esq.<br>Attorneys for Chapter 13 Debtors | |
| In Re:<br><br>ANDRE G. WIGGINS and SHEILA S. BELL-WIGGINS,<br><br>Chapter 13 Debtors | Case No.: 12-26993 (JKS)<br><br>Chapter: 13<br><br>Judge: John K. Sherwood |

**Order Filed on August 26, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 26, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro, P.C._____, the applicant, is allowed a fee of $ _____1,980.00_____ for services rendered and expenses in the amount of $_____0.71_____ for a total of $_____1,980.71_____ . The allowance shall be payable:

- ❏ through the Chapter 13 plan as an administrative priority.
- ☑ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____------_____ per month for ____------____ months to allow for payment of the aforesaid fee.

No modification to the Debtors' Chapter 13 Plan is necessary. Debtors retained firm and paid a $3,500.00 initial retainer and expenses of $281.00. Firm seeks payment of supplemental fees and expenses in the total amount of $1,980.71, consisting of $1,980.00 in supplemental fees and reimbursement of expenses in the sum of $0.71 to be paid outside the Chapter 13 Plan. This Order survives the dismissal or conversion of the Debtors' Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtors' Chapter 13 case.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 12-26993-JKS
Andre G. Wiggins                                                          Chapter 13
Sheila S. Bell-Wiggins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 26, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2016.
db/jdb        +Andre G. Wiggins,   Sheila S. Bell-Wiggins,   812 Cleveland Avenue,
                Scotch Plains, NJ 07076-2022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
              Andy   Winchell    on behalf of Plaintiff Andre G. Wiggins andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Plaintiff Sheila S. Bell-Wiggins andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Debtor Andre G. Wiggins andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Joint Debtor Sheila S. Bell-Wiggins andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Angela Catherine Pattison    on behalf of Creditor    WELLS FARGO BANK, N.A.
               angela.pattison@powerskirn.com,  ecf@powerskirn.com
              Barbara K. Hager    on behalf of Creditor    WELLS FARGO BANK, N.A. bhager@reedsmith.com,
               eselfridge@reedsmith.com
              Barbara K. Hager    on behalf of Defendant    WELLS FARGO BANK bhager@reedsmith.com,
               eselfridge@reedsmith.com
              Barbara K. Hager    on behalf of Defendant    HUDSON CITY SAVINGS BANK bhager@reedsmith.com,
               eselfridge@reedsmith.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Joseph M. Shapiro    on behalf of Joint Debtor Sheila S. Bell-Wiggins
               jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Debtor Andre G. Wiggins jshapiro@middlebrooksshapiro.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Debtor Andre G. Wiggins
               middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Joint Debtor Sheila S. Bell-Wiggins
               middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
                                                                                              TOTAL: 14