**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Andre G. Wiggins | Social Security number or ITIN  xxx–xx–0090 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Sheila S. Bell–Wiggins | Social Security number or ITIN  xxx–xx–6924 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   12–26993–JKS

## Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Andre G. Wiggins                                          Sheila S. Bell–Wiggins

                                             **By the court:** John K. Sherwood
   9/5/18                                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                **Chapter 13 Discharge**                page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 12-26993-JKS
Andre G. Wiggins                                                       Chapter 13
Sheila S. Bell-Wiggins
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Sep 05, 2018
                              Form ID: 3180W           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
```
db          #+Andre G. Wiggins,    812 Cleveland Avenue,    Scotch Plains, NJ 07076-2022
jdb          +Sheila S. Bell-Wiggins,    812 Cleveland Avenue,    Scotch Plains, NJ 07076-2022
aty          +Barbara K. Hager,    Reed Smith,    1717 Arch St,    Suite 3100,    Philadelphia, PA 19103-7394
513227844    +Afinity Federal Credit Union,    73 Mountain View Blvd,    Basking Ridge, NJ 07920-2332
513187089     American Education Services,    P.O. Box 2461,    Harrisburg, PA 17105-2461
513287276    +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,
               20750 Ventura Blvd., Suite 100,    Woodland Hills, CA 91364-6207
513187097    +Proponent Federal Credit Union,    536 Washington Avenue,    Nutley, NJ 07110-3600
513187098    +Proponent Federal Credit Union,    Attn: Payment Center,    536 Washington Ave.,
               Nutley, NJ 07110-3600
513436520     RCI Elite,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
514187924    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
               Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
513254691    +Sallie Mae Inc. on behalf of NJHESAA,    P.O. Box 548,    Trenton, NJ 08625-0548
514105945     State of New Jersey Division of Taxation,    P.O Box 193,    Trenton, New Jersey 08646-0193
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2018 00:31:14     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2018 00:31:10      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
sp           +E-mail/Text: andy@winchlaw.com Sep 06 2018 00:30:18     Andy Winchell,
               Law Offices of Andy Winchell,    332 Springfield Ave.,    Suite 203,    Summit, NJ 07901-3658
513187088    +E-mail/Text: bankruptcycare@affinityfcu.com Sep 06 2018 00:30:38      Affinity Federal Credit Union,    P.O. Box 621,    Basking Ridge, NJ 07920-0621
513187090    +EDI: AMEREXPR.COM Sep 06 2018 03:43:00      American Express,    PO Box 1270,
               Newark, NJ 07101-1270
513315547     EDI: BECKLEE.COM Sep 06 2018 03:43:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
513187091     EDI: BANKAMER.COM Sep 06 2018 03:43:00      Bank of America,    PO Box 15019,
               Wilmington, DE 19886-5019
513254464     EDI: BANKAMER2.COM Sep 06 2018 03:43:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
               Wilmington, DE 19886-5102
513306531    +EDI: BANKAMER.COM Sep 06 2018 03:43:00      Bank of America, N.A.,    Bankruptcy Department,
               NC4-105-02-99,    P.O. Box 26012,    Greensboro, North Carolina 27420-6012
513187093     EDI: CITICORP.COM Sep 06 2018 03:43:00      Citi Cards,    PO Box 183051,    Columbus, OH 43218
513254690     EDI: ECMC.COM Sep 06 2018 03:43:00     Educational Credit Management Corp.,    P.O. Box 16408,
               St. Paul, MN 55116-0408
513187094     EDI: RMSC.COM Sep 06 2018 03:43:00     Gap/GECRB,    PO Box 530942,    Atlanta, GA 30353-0942
513187095     EDI: IRS.COM Sep 06 2018 03:43:00     Internal Revenue Service,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
513330686    +EDI: OPHSUBSID.COM Sep 06 2018 03:48:00      KEYSTONE RECOVERY PARTNERS LLC, SERIES A,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513729291     EDI: RESURGENT.COM Sep 06 2018 03:48:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
513187096    +EDI: RMSC.COM Sep 06 2018 03:43:00     Lord & Taylor Bankruptcy Dept,    GE Money Bank,
               PO Box 103104,    Roswell, GA 30076-9104
513480429     EDI: PRA.COM Sep 06 2018 03:43:00     Portfolio Recovery Associates, LLC,    c/o Lord & Taylor,
               POB 41067,    Norfolk VA 23541
513480427     EDI: PRA.COM Sep 06 2018 03:43:00     Portfolio Recovery Associates, LLC,    c/o The Gap,
               POB 41067,    Norfolk VA 23541
513187099    +EDI: NAVIENTFKASMSERV.COM Sep 06 2018 03:43:00      SallieMae Servicing,    P.O. Box 9533,
               Wilkes Barre, PA 18773-9533
513209227    +E-mail/Text: bncmail@w-legal.com Sep 06 2018 00:31:21     TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513786185    +E-mail/Text: bncmail@w-legal.com Sep 06 2018 00:31:21     TD Bank USA, N.A.,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
513187101     EDI: TFSR.COM Sep 06 2018 03:43:00     Toyota Financial Services,    PO Box 5855,
               Carol Stream, IL 60197
513187100    +EDI: WTRRNBANK.COM Sep 06 2018 03:43:00      Target National Bank,    c/o Target Credit Services,
               PO Box 673,    Minneapolis, MN 55440-0673
513227566     EDI: TFSR.COM Sep 06 2018 03:43:00     Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
               Cedar Rapids, Iowa 52408-8026
513197693    +EDI: WFFC.COM Sep 06 2018 03:43:00     Wells Fargo Card Services,    1 Home Campus 3rd Floor,
               Des Moines, IA 50328-0001
513187102    +EDI: WFFC.COM Sep 06 2018 03:43:00     Wells Fargo Card Services,    PO Box 6412,
               Carol Stream, IL 60197-6412
513187103    +EDI: WFFC.COM Sep 06 2018 03:43:00     Wells Fargo Home Mortgage,    PO Box 14547,
               Des Moines, IA 50306-3547
                                                                                               TOTAL: 27
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Sep 05, 2018
                              Form ID: 3180W             Total Noticed: 39
```

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*           +TD Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
513187092*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bank of America, NA,    PO Box 15025,    Wilmington, DE 19886)
513187104    ##+Zucker Goldberg & Ackerman,    200 Sheffield Street, Suite 301,    P.O. Box 1024,
               Mountainside, NJ 07092-0024
                                                                                        TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
```
              Andy   Winchell    on behalf of Plaintiff Sheila S. Bell-Wiggins andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Debtor Andre G. Wiggins andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Joint Debtor Sheila S. Bell-Wiggins andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Plaintiff Andre G. Wiggins andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Angela Catherine Pattison    on behalf of Creditor    WELLS FARGO BANK, N.A.
               angela.pattison@powerskirn.com,   ecf@powerskirn.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Joseph M. Shapiro    on behalf of Debtor Andre G. Wiggins jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Joint Debtor Sheila S. Bell-Wiggins
               jshapiro@middlebrooksshapiro.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Debtor Andre G. Wiggins
               middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Joint Debtor Sheila S. Bell-Wiggins
               middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
                                                                                             TOTAL: 11
```